UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOHN DOUGLAS JONES, JR.,

   Petitioner,      Case No. 1:23-cv-326

v.             Honorable Ray Kent

BRIAN S. MILLER,

   Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's motion to be transferred to the custody of the United States Marshals Service (ECF No. 11) is **DENIED**.

Dated: May 9, 2023      /s/ Ray Kent
               Ray Kent
               United States Magistrate Judge