UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN DOUGLAS JONES, JR.,

       Petitioner,

Case No. 1:23-cv-326

v.

Honorable Ray Kent

BRIAN S. MILLER,

       Respondent.
_____/

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for lack of exhaustion of available state-court remedies.

Dated:  May 9, 2023

/s/ Ray Kent
Ray Kent
United States Magistrate Judge